```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 17-02688-JJT
Rafael Muriel                                                       Chapter 13
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-5       User: CGambini            Page 1 of 1         Date Rcvd: Aug 04, 2017
                           Form ID: ntnew341         Total Noticed: 8
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2017.
```
db           +Rafael Muriel,    PO Box 822,    Mount Pocono, PA 18344-0822
4939640    ++++EMERALD LAKES ASSOCIATION, INC.,     1112 GLADE DR,     LONG POND PA   18334-7904
             (address filed with court:  Emerald Lakes Association, Inc.,     1 Glade Drive,
              Long Pond, PA  18334)
4939641       EZ Pass/NY-NJ,    Customer Account Correspondence,     PO Box 15187,    Albany, NY  12212-5187
4939642      +George R. Hludzik, Esq.,    1620 N. Church Street, Suite 1,     Hazelton, PA 18202-9509
4939643       PPL Electric Utilities,    Attn:  Bankruptcy Department,     827 Hausman Road,
              Allentown, PA  18104-9392
4939644      +Richard M. Squire & Associates, L.L.C.,     Attn.:  Bradley J. Osborne, Esquire,
              115 West Avenue, Suite 104,    Jenkintown, PA 19046-2031
4939645      +Specialized Loan Servicing, LLC,     8742 Lucent Boulevard,    Littleton, CO 80129-2386
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4950206      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 04 2017 19:07:50
              Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
              Harrisburg, PA 17128-0946
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   Specialized Loan Servicing LLC, as servicer for FV-I,
               Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC bkgroup@kmllawgroup.com
              Steven R Savoia    on behalf of Debtor Rafael  Muriel ssavoia@ptd.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Rafael Muriel
Debtor(s)

Chapter 13

Case No. 5:17−bk−02688−JJT

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Genetti Hotel, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: September 18, 2017 |
| --- | --- |
| | Time: 12:00 PM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: CGambini, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: August 4, 2017