

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Thomas P. DiNapoli State Comptroller | RAFAEL MURIEL PO BOX 822 MOUNT POCONO, PA 18344 | Pay Group: Pay Begin Date: Pay End Date: Negotiating Unit: Retirement System: | ALD-Administration/Lag 13 05/04/2017 05/17/2017 04 ERS | Advice #: Advice Date: | | | 05/31/2017 |

| | | TAX DATA: | Federal | NY State | NYC | Yonkers |
|---|---|---|---|---|---|---|
| Employee ID: | | Tax Status: | S | M | | |
| Department: | 49200 | Allowances: | 1 | 3 | | |
| Location: | New York City Park Comm | Addl. Percent: | | | | |
| Job Title: | PARK REC ACTIV SPEC | Addl. Amount: | | | | |
| Pay Rate: | 47,247.00 Annual | | | | | |

### HOURS AND EARNINGS

| | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Pay Salary Employee | | 1,812.21 | | 19,934.31 | Fed Withholding | 209.65 | 2,979.36 |
| Final CSEA DRP Repayment | | 19.05 | | 209.55 | Medicare | 25.20 | 316.32 |
| Location Pay | | 116.07 | | 1,276.77 | Social Security | 107.78 | 1,352.55 |
| Holiday Pay | | 0.00 | 1.00 | 192.82 | NY Withholding | 71.95 | 1,044.39 |
| Longevity LSP | | 0.00 | | 2,500.00 | | | |
| TOTAL: | 0.00 | 1,947.33 | 1.00 | 24,113.45 | TOTAL: | 414.58 | 5,692.62 |

### BEFORE-TAX DEDUCTIONS

| Description | Refund | Current | YTD | Description | Refund | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Before Tax Health | 0.00 | 208.92 | 2,298.12 | ERS Retirement After Tax | 0.00 | 0.00 | 0.00 |
| | | | | Civil Service Employees Assoc | 0.00 | 27.33 | 300.63 |
| | | | | CSEA Universal Life Insurance | 0.00 | 24.12 | 395.72 |
| | | | | ERS Loans | 0.00 | 375.00 | 4,125.00 |
| TOTAL: | 0.00 | 208.92 | 2,298.12 | TOTAL: | 0.00 | 426.45 | 4,821.35 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,947.33 | 1,738.41 | 414.58 | 635.37 | 897.38 |
| YTD | 24,113.45 | 21,815.33 | 5,692.62 | 7,119.47 | 11,301.36 |

### NET PAY DISTRIBUTION

| | Account Type | Transit # | Deposit Amount |
|---|---|---|---|
| Advice #000000 | Checking | | 897.38 |
| TOTAL: | | | 897.38 |

MESSAGE:



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Thomas P. DiNapoli State Comptroller | RAFAEL MURIEL PO BOX 822 MOUNT POCONO, PA 18344 | | Pay Group: Pay Begin Date: Pay End Date: Negotiating Unit: Retirement System: | ALD-Administration/Lag 13 05/18/2017 05/31/2017 04 ERS | | Advice #: Advice Date: | 06/14/2017 |
| | | TAX DATA: | Federal | NY State | | NYC | Yonkers |
| Employee ID: Department: Location: Job Title: Pay Rate: | 49200 New York City Park Comm PARK REC ACTIV SPEC 47,247.00 Annual | Tax Status: Allowances: Addl. Percent: Addl. Amount: | S 1 | M 3 | | | |

### HOURS AND EARNINGS

| | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Pay Salary Employee | | 1,812.21 | | 21,746.52 | Fed Withholding | 209.65 | 3,189.01 |
| Final CSEA DRP Repayment | | 19.05 | | 228.60 | Medicare | 25.21 | 341.53 |
| Location Pay | | 116.07 | | 1,392.84 | Social Security | 107.78 | 1,460.33 |
| Holiday Pay | | 0.00 | 1.00 | 192.82 | NY Withholding | 71.95 | 1,116.34 |
| Longevity LSP | | 0.00 | | 2,500.00 | | | |
| TOTAL: | 0.00 | 1,947.33 | 1.00 | 26,060.78 | TOTAL: | 414.59 | 6,107.21 |

### BEFORE-TAX DEDUCTIONS

| Description | Refund | Current | YTD | Description | Refund | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Before Tax Health | 0.00 | 208.92 | 2,507.04 | ERS Retirement After Tax | 0.00 | 0.00 | 0.00 |
| | | | | Civil Service Employees Assoc | 0.00 | 27.33 | 327.96 |
| | | | | CSEA Universal Life Insurance | 0.00 | 24.12 | 419.84 |
| | | | | ERS Loans | 0.00 | 375.00 | 4,500.00 |
| TOTAL: | 0.00 | 208.92 | 2,507.04 | TOTAL: | 0.00 | 426.45 | 5,247.80 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,947.33 | 1,738.41 | 414.59 | 635.37 | 897.37 |
| YTD | 26,060.78 | 23,553.74 | 6,107.21 | 7,754.84 | 12,198.73 |

### NET PAY DISTRIBUTION



| | Account Type | Transit # | Deposit Amount |
|---|---|---|---|
| Advice | Checking | | 897.37 |
| TOTAL: | | | 897.37 |

MESSAGE:



| | Thomas P. DiNapoli State Comptroller | RAFAEL MURIEL PO BOX 822 MOUNT POCONO, PA 18344 | Pay Group: ALD-Administration/Lag 13 Pay Begin Date: 06/01/2017 Pay End Date: 06/14/2017 Negotiating Unit: 04 Retirement System: ERS | Advice #: Advice Date: 06/28/2017 |
|---|---|---|---|---|

| | | TAX DATA: | Federal | NY State | NYC | Yonkers |
|---|---|---|---|---|---|---|
| Employee ID: | | Tax Status: | S | M | | |
| Department: | 49200 | Allowances: | 1 | 3 | | |
| Location: | New York City Park Comm | Addl. Percent: | | | | |
| Job Title: | PARK REC ACTIV SPEC | Addl. Amount: | | | | |
| Pay Rate: | 47,247.00 Annual | | | | | |

### HOURS AND EARNINGS / TAXES

| | Current | | YTD | | | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Pay Salary Employee | | 1,812.21 | | 23,558.73 | Fed Withholding | 257.86 | 3,446.87 |
| Final CSEA DRP Repayment | | 19.05 | | 247.65 | Medicare | 28.00 | 369.53 |
| Location Pay | | 116.07 | | 1,508.91 | Social Security | 119.74 | 1,580.07 |
| Holiday Pay | 1.00 | 192.82 | 2.00 | 385.64 | NY Withholding | 84.39 | 1,200.73 |
| Longevity LSP | | 0.00 | | 2,500.00 | | | |
| TOTAL: | 1.00 | 2,140.15 | 2.00 | 28,200.93 | TOTAL: | 489.99 | 6,597.20 |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS

| Description | Refund | Current | YTD | Description | Refund | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Before Tax Health | 0.00 | 208.92 | 2,715.96 | ERS Retirement After Tax | 0.00 | 0.00 | 0.00 |
| | | | | Civil Service Employees Assoc | 0.00 | 27.33 | 355.29 |
| | | | | CSEA Universal Life Insurance | 0.00 | 24.12 | 443.96 |
| | | | | ERS Loans | 0.00 | 375.00 | 4,875.00 |
| TOTAL: | 0.00 | 208.92 | 2,715.96 | TOTAL: | 0.00 | 426.45 | 5,674.25 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,140.15 | 1,931.23 | 489.99 | 635.37 | 1,014.79 |
| YTD | 28,200.93 | 25,484.97 | 6,597.20 | 8,390.21 | 13,213.52 |

### NET PAY DISTRIBUTION



| | Account Type | Transit # | Deposit Amount |
|---|---|---|---|
| Advice | Checking | | 1,014.79 |
| TOTAL: | | | 1,014.79 |

MESSAGE:

| | | | | | | | Total Gross | Fed Taxable Gross |
|---|---|---|---|---|---|---|---|---|
| Thomas P. DiNapoli State Comptroller | RAFAEL MURIEL | | | | | Current YTD | 1,947.33 30,148.26 | 1,738.41 27,223.38 |

| Advice # | 98982703 | Pay Start Date | 06/15/2017 | Negotiating Unit | 04 | Net Pay | 897.37 |
|---|---|---|---|---|---|---|---|
| Advice Date | 07/12/2017 | Pay End Date | 06/28/2017 | Retirement System | ERS | | |
| Department ID | 49200 | NYS EMPLID | | | | Pay Rate | 47,247.00 |

| EARNINGS | Current Hrs/Days | Earnings | YTD Hrs/Days | Earnings | TAX DATA | Federal | State | NYC | Yonkers |
|---|---|---|---|---|---|---|---|---|---|
| Regular Pay Salary Employee | | 1,812.21 | | 25,370.94 | Tax Status | S | M | | |
| Final CSEA DRP Repayment | | 19.05 | | 266.70 | Allowances | 1 | 3 | | |
| Location Pay | | 116.07 | | 1,624.98 | Addl. Amt. | | | | |
| Longevity LSP | | | | 2,500.00 | | | | | |
| Holiday Pay | | | 2.00 | 385.64 | | | | | |

| TAXES | Current | YTD |
|---|---|---|
| Fed Withholding | 209.65 | 3,656.52 |
| Medicare | 25.21 | 394.74 |
| Social Security | 107.78 | 1,687.85 |
| NY Withholding | 71.95 | 1,272.68 |

| BEFORE TAX DEDUCTIONS | Current | YTD | AFTER TAX DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|
| Regular Before Tax Health | 208.92 | 2,924.88 | ERS Retirement After Tax | | |
| | | | Civil Service Employees Assoc | 27.33 | 382.62 |
| | | | CSEA Universal Life Insurance | 24.12 | 468.08 |
| | | | ERS Loans | 375.00 | 5,250.00 |