# IN THE UNTIED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| RAFAEL MURIEL | CASE NO. 5:17-BK-02688-JJT |
| Debtor | |

## CERTIFICATE OF SERVICE

I, George R. Hludzik, Esquire, do hereby certify that on September 21, 2017, I served a copy of the Proof of Claim on the following parties in this matter:

Charles J. DeHart, III (Trustee), ***via email:  TWecf@pamd13trustee.com***

Steven R. Savoia, on behalf of Debtor, Rafael Muriel, ***via email:  ssavoia@ptd.net***

United States Trustee, ***via email:  ustpregion03.ha.ecf@usdoj.gov***

James Warmbrodt, on behalf of Creditor, Specialized Loan Servicing, LLC, as servicer for FV-1, Inc., in trust for Morgan Stanley Mortgage Capital Holdings, LLC, ***via email: bkgroup@kmllawgroup.com***

Specialized Loan Servicing, LLC, via First Class Mail:  14841 Dallas Parkway, Suite 300, Dallas, TX 75254.


Respectfully submitted,

THE SLUSSER LAW FIRM


By: /S/ _____
George R. Hludzik, Esquire
Supr. ID #54238
Attorney for Creditor, Emerald Lakes Association
The Slusser Law Firm
1620 N. Church St., Ste. 1
Hazleton, PA 18201
Telephone:  570-453-0463