UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  RAFAEL MURIEL                      :  CHAPTER 13
        Debtor(s)                            :
                                             :
        CHARLES J. DEHART, III               :
        STANDING CHAPTER 13 TRUSTEE          :
        Movant                               :
                                             :
        vs.                                  :
                                             :
        RAFAEL MURIEL                        :
        Respondent(s)                        :  CASE NO.   5-17-bk-02688

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

      AND NOW, this   18th   day of September, 2017, comes Charles J. DeHart, III,
Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)'
plan for the following reason(s):

      1.  Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not
submitted all or such portion of the disposable income to the Trustee as required.   More
specifically,

      Trustee alleges and avers that debtor(s)' disposable income is greater than that
which is committed to the plan based upon disposable income on Schedules I and J and
specifically disputes the following amounts:

        a.  Retirement loan (verification).

      2.  Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property
to be distributed under the plan on account of each allowed unsecured claim is less than the
amount that would be paid on such claim if the estate were liquidated under Chapter 7.   More
specifically, debtor's have excess non-exempt equity in the following:

        a.  Residential real estate

      3.  The Trustee avers that debtor(s)' plan is not feasible based upon the
following:

        a.  The plan is inconsistent with Proofs of Claims filed and/or approved
           by the Court.
        b.  Plan ambiguous – payment

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of debtor(s) plan.
b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this 28th day of September, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Steven Savoia, Esquire
P.O. Box 263
Stroudsburg, PA 18360

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee