IN THE UNTIED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| RAFAEL MURIEL | CASE NO. 5:17-BK-02688-JJT |
| **Debtor** | |

## **CERTIFICATE OF SERVICE**

I, George R. Hludzik, Esquire, do hereby certify that on February 12, 2018, I served a copy of the Amended Proof of Claim on the following parties in this matter:

Charles J. DeHart, III (Trustee), ***via email: TWecf@pamd13trustee.com; dehartstaff@pamd13trustee.com***

Steven R. Savoia, on behalf of Debtor, Rafael Muriel, ***via email: ssavoia@ptd.net***

United States Trustee, ***via email: ustpregion03.ha.ecf@usdoj.gov***

James Warmbrodt, on behalf of Creditor, Specialized Loan Servicing, LLC, as servicer for FV-1, Inc., in trust for Morgan Stanley Mortgage Capital Holdings, LLC, ***via email: bkgroup@kmllawgroup.com***

Monroe County Tax Claim Bureau, ***via email: MKnitter@monroecountypa.gov; DPugh@monroecountypa.gov***

Specialized Loan Servicing, LLC, via First Class Mail: 14841 Dallas Parkway, Suite 300, Dallas, TX 75254.

FV-1, Inc., 14841 Dallas Parkway, Suite 300, Dallas, TX 75254

        Respectfully submitted,

        THE SLUSSER LAW FIRM

        By: /S/_____
        George R. Hludzik, Esquire
        Supr. ID #54238
        Attorney for Creditor, Emerald Lakes Association
        The Slusser Law Firm
        1620 N. Church St., Ste. 1
        Hazleton, PA 18201
        Telephone: 570-453-0463