IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Wilkes-Barre Division

| | | |
|---|---|---|
| IN RE: RAFAEL MURIEL, | : | CASE NO: 5-17-02688-JJT |
| | : | CHAPTER 13 |
| Debtor. | : | |

## CERTIFICATION OF NO OBJECTION

AND NOW, this 23rd day of February, 2018, Steven R. Savoia, attorney for the above-captioned Debtor, hereby certifies that no objection was filed with respect to the Debtor's Motion to Approve Loan Modification, which document, along with the accompanying Modification Agreement, Proposed Order and Certificate of Service (Docket #32) were filed on January 30, 2018. The court then required that Notice regarding opportunity to object and request a hearing be sent out, which was duly served on February 1, 2018 (Docket #35), upon all creditors and parties in interest, which Notice set an objection deadline of Thursday, February 22, 2018. No such objection was filed. Accordingly, it is now appropriate and the Debtor respectfully requests that the Court enter the Proposed Order submitted with the motion granting the Motion to Approve Loan Modification.

Dated: February 23, 2018            STEVEN R. SAVOIA, Attorney at Law

                                    By:      /s/ Steven R. Savoia
                                          Attorney ID # 92253
                                          621 Ann Street, P.O. Box 263
                                          Stroudsburg, PA 18360
                                          Telephone No.: (570) 972-2060
                                          Facsimile No.: (570) 338-3499
                                    Attorney for Debtor, Rafael Muriel